UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | John H. Squires | Hearing Date | September 23, 2011 |
| Bankruptcy Case No. | 11 B 35533 | Adversary No. | |
| Title of Case | Keith & Lynn Anderson | | |

Brief Statement of Motion: Motion of Wells Fargo Bank, NA for relief from automatic stay

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED that Judge John H. Squires should recuse himself pursuant to 28 U.S.C. § 455(a) in this matter. IT IS FURTHER ORDERED that hearings before Judge Squires are concluded. This matter is set for status before Judge Bruce W. Black on October 21, 2011 at 9:00 a.m. in Room 201, Will County Annex Building, 57 North Ottawa Street, Joliet, Illinois 60432.

*/s/ John H. Squires*

6/11/99